AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| James Edward Clark, | ) | |
|---|---|---|
| *Plaintiff,* | ) | |
| v. | ) | Civil Action No.  1:12-cv-00877-GRA |
| Detention Officer Lieutenant Lapetit; Detention Officer Seargeant Callahan; Detention Officer H Smith, and others; John Doe, Detention Officer, | ) ) ) | |
| *Defendants,* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, James Edward Clark, shall take nothing of the defendants, Detention Officer Lieutenant Lapetit, Detention Officer Seargeant Callahan, Detention Officer H Smith, John Doe, as to the complaint filed pursuant to 42 U.S.C. §1983 and this action is dismissed with prejudice pursuant to FRCP 41.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable G. Ross Anderson, Jr, Senior United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the case with prejudice.

Date:   January 24, 2013                                                          *LARRY W. PROPES, CLERK OF COURT*

                                                                                                         *Signature of Clerk or Deputy Clerk*